IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 15-cv-02106-RBJ | Date: June 25, 2018 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SHERRI SALDANA<br>FERNANDO MENCHACA<br>FRANKQUIN HARDIN<br>**Plaintiffs** | *Molly A. Booker*<br>*E. Tory Beardsley*<br>*Robert B. Carey*<br>*Stuart M. Paynter* |
| v. | |
| DAVITA HEALTHCARE PARTNERS INC<br>**Defendant** | *Michael E. Prangle*<br>*Jacqueline B. Sharuzi-Brown*<br>*Jonquil L. Whitehead* |

## COURTROOM MINUTES

**JURY TRIAL DAY SIX**

Court in Session: 8:50 a.m.

Jury not present.

Discussion held on recent filings.

**ORDERED:** [164] Trial Brief Requesting a Cautionary Instruction is WITHDRAWN.

[169] Motion for Judgment as a Matter of Law is GRANTED IN PART and DENIED IN PART, as stated on the record.

Jury escorted in.

Defense witness, Peter McCullough, M.D., called and sworn.

| | |
|---|---|
| 9:18 a.m. | Direct examination of Dr. McCullough by Mr. Prangle.<br>**Exhibits J9, J10 and J11 are admitted.** |
| **10:40 a.m.** | **Court in recess – jury escorted out.** |
| **10:57 a.m.** | **Court in session – jury escorted in.** |
| 10:59 a.m. | Continued direct examination of Dr. McCullough by Mr. Prangle. |
| 11:44 a.m. | Cross examination of Dr. McCullough by Ms. Booker. |
| **12:02 p.m.** | **Court in recess – jury escorted out.** |
| **1:02 p.m.** | **Court in session - jury escorted in.** |
| 1:03 p.m. | Cross examination of Dr. McCullough by Ms. Booker. |
| 1:29 p.m. | Redirect examination of Dr. McCullough by Mr. Prangle. |

Defense witness, Stanley Goldfarb, M.D., called and sworn.

| | |
|---|---|
| 1:39 p.m. | Direct examination of Dr. Goldfarb by Mr. Prangle.<br>**Exhibits J6, J7 and J8 are admitted.** |
| 2:26 p.m. | Cross examination of Dr. Goldfarb by Mr. Paynter. |
| **3:06 p.m.** | **Court in recess – jury escorted out.** |
| **3:22 p.m.** | **Court in session - jury escorted in.** |
| 3:23 p.m. | Cross examination of Dr. Goldfarb by Mr. Paynter. |
| 3:48 p.m. | Redirect examination of Dr. Goldfarb by Mr. Prangle.<br>**Exhibit D9 is admitted.** |
| 4:11 p.m. | Recross examination of Dr. Goldfarb by Mr. Paynter. |

Juror questions reviewed at the bench.

| | |
|---|---|
| 4:15 p.m. | Juror questions asked of Dr. Goldfarb by the Court. |
| 4:21 p.m. | Additional examination of Dr. Goldfarb by Mr. Prangle. |
| 4:23 p.m. | Additional examination of Dr. Goldfarb by Mr. Paynter. |

Defense rests.

Plaintiffs' witness, Douglas Zipes, M.D., called in rebuttal and remains under oath.

4:31 p.m.     Direct examination of Dr. Zipes by Ms. Booker.

4:38 p.m.     Cross examination of Dr. Zipes by Mr. Prangle.

Evidence is closed.

Jury excused, to return tomorrow at 9:00 a.m.

Jury instructions reviewed and ruled upon, as stated on the record.

**ORDERED:  Jurors to be provided lunch tomorrow and throughout deliberations.**

Court in Recess: 6:00 p.m.          Trial continued.          Total time in Court:  07:35