**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 15-cv-2106-RBJ**
(Consolidated with Nos. 15-cv-2686, 16-cv-834, and 16-cv-1676, all filings in White v. DaVita Inc., 15-cv-2106)

KATHLEEN WHITE and TREVOR WHITE, individually and on behalf of their marital community,

    Plaintiffs,

        v.

DAVITA INC.,

    Defendant.

### PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to D.C. Colo. L. Civ. R. 7.1(a), Plaintiffs' counsel conferred with defense counsel prior to the filing of this motion. While specific objections were resolved, DaVita Inc. wishes to include that it will oppose entry of judgment and it will be filing an opposition.

Now come Plaintiff Frankquin Hardin, individually and as Personal Representative of the Estate of Deborah Hardin; Plaintiff Christopher Menchaca, individually and as Personal Representative of the Estate of Irma Menchaca; and Plaintiff Sherri Saldana, individually and as Personal Representative of the Estate of Gary Gene Saldana, to file this Motion for Entry of Final Judgment against Defendant DaVita Inc. This Motion is supported by the July 6, 2018 Declaration of Molly Booker, attached as Exhibit A.

**I.**  **Plaintiff Saldana is entitled to pre- and post-judgment interest.**

Prejudgment interest, under California Civil Code Section 3291 and Section 998, is established at 10% per annum for the compensatory damages of $1,500,000, calculated from

1

May 19, 2017, the date of Plaintiff Saldana's Offer of Judgment, until the date the Judgment is satisfied.

On the day of the verdict, Saldana became entitled to 7% interest on the $125,000,000 punitive award, until the day judgment enters. *See* Cal. Civ. Code Section 3287; *see also Bullock v. Philip Morris USA, Inc.*, 198 Cal. App. 4th 543, 573–74, 131 Cal. Rptr. 3d 382, 406– 07 (2011). Thus, from the verdict until judgment enters, Plaintiff Saldana is entitled to a daily rate of interest of $23,972.60.

The sum of the $125,000,000 punitive award plus the daily rate of interest for each day between verdict and entry of judgment is also subject to post-judgment interest from entry of judgment until the judgment is satisfied, as set forth in 28 U.S.C.A. § 1961.

Plaintiff Saldana moves this Court for entry of Judgment, as stated above and as presented in Exhibit B.

**II.    Plaintiff Menchaca is entitled to pre- and post-judgment interest.**

Prejudgment interest, under California Civil Code Section 3291 and Section 998, is established at 10% per annum for the compensatory damages of $2,000,000, calculated from May 19, 2017, the date of Plaintiff Menchaca's Offer of Judgment, until the date the Judgment is satisfied.

On the day of the verdict, Menchaca became entitled to 7% interest on the $125,000,000 punitive award, until the day judgment enters. *See* Cal. Civ. Code Section 3287; *see also Bullock v. Philip Morris USA, Inc.*, 198 Cal. App. 4th 543, 573–74, 131 Cal. Rptr. 3d 382, 406– 07 (2011). Thus, from the verdict until judgment enters, Plaintiff Menchaca is entitled to a daily rate of interest of $23,972.60.

The sum of the $125,000,000 punitive award plus the daily rate of interest for each day between verdict and entry of judgment is also subject to post-judgment interest from entry of judgment until the judgment is satisfied, as set forth in 28 U.S.C.A. § 1961.

Plaintiff Menchaca moves this Court for entry of Judgment, as stated above and as presented in Exhibit C.

### III. Plaintiff Hardin is entitled to post-judgment interest.

Plaintiff Hardin is entitled to post-judgment interest on compensatory and punitive damages, which total $130,000,000, from the entry of judgment until the judgment is satisfied, as set forth in 28 U.S.C.A. § 1961.

Plaintiff Hardin moves this Court for entry of Judgment, for $130,000,000, and post-judgment interest at the specified federal rate until the Judgment is satisfied, as presented in Exhibit D.

In sum, Plaintiffs, and each of them, respectfully request the Court to direct the Clerk of Court to enter the Final Judgment, as stated above and as presented in Exhibits B-D.

Dated: July 13, 2018

By: /s/ Robert B. Carey
Robert B. Carey
Molly A. Booker
Elizabeth Tory Beardsley
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-mail: rob@hbsslaw.com
E-mail: mollyb@hbsslaw.com
E-mail:  toryb@hbsslaw.com

Craig Valentine
NORTON FRICKEY, PC
2301 E. Pikes Peak Avenue, Suite 205
Colorado Springs, CO 80909
Telephone: (719) 634-6450

3

Facsimile: (719) 634-6807
E-mail: craig@coloradolaw.com

Stuart M. Paynter
PAYNTER LAW FIRM PLLC-DC
1200 G Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
E-mail: stuart@paynterlawfirm.com

Sara Willingham
Jennifer L. Murray
PAYNTER LAW FIRM PLLC-HILLSBOROUGH
106 South Churton Street, Suite 200
Hillsborough, NC 27278
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
E-mail: swillingham@paynterlawfirm.com
E-mail:  jmurray@paynterlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2018, a true and correct copy of the foregoing was filed with the U.S. District Court ECF/PACER system, which will send an electronic copy via email to the following:

    Jacqueline Baharak Sharuzi-Brown
    Hall Prangle & Schoonveld-Denver
    475 17th Street, Suite 800
    Denver, CO 80202
    Email: jsharuzi@hpslaw.com

    Jonquil L. Whitehead
    Hall Prangle & Schoonveld, LLC-Las Vegas
    1160 North Town Center Drive, Suite 200
    Las Vegas, NV 89144
    Email: jwhitehead@hpslaw.com

    Michael Edward Prangle
    Richard D. DeJong
    Hall Prangle & Schoonveld-Chicago
    200 South Wacker Drive, Suite 3300
    Chicago, IL 60606
    Email: mprangle@hpslaw.com
    Email: rdejong@hpslaw.com

    *Attorneys for Defendant*

    /s/ Robert B. Carey
    Robert B. Carey, Esq.