**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-02106-RBJ
(Consolidated with 15-cv-2683; 15-cv-2686; 16-cv-834; 16-cv-1676;
all filings in *White v. DaVita Healthcare Partners, Inc.* 15-cv-2106)

WHITE et al.,

        Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

        Defendant.

---

**JOINT MOTION TO CONTINUE AND THIRD REQUEST TO
RESCHEDULE STATUS CONFERENCE**

---

Plaintiffs and Defendant DaVita Healthcare Partners, Inc. hereby submit this Joint Motion to Continue and Third Request to Reschedule Status Conference.

Consistent with the Court's guidance during the July 27, 2018 telephonic status conference in this matter, the parties engaged in mediation discussions before mediator Randall Wulff of Wulff Quinby Sochynsky on September 26, 2018.

The parties anticipate finalizing their settlement discussions in a matter of days, and respectfully request a one-week continuance of the status conference set for Friday, October 26, 2018 at 9am to Friday, November 2, 2018 at a time convenient to the court, so as to be able to advise the court of that status.

Respectfully submitted this 25th day of October, 2018.

| | |
|---|---|
| *s/ Robert B. Carey* | *s/ John F. Walsh* |
| Robert B. Carey | John F. Walsh |
| Molly A. Booker | Michael J.P. Hazel |
| Elizabeth Tory Beardsley | Kayla S. Byers |
| **Hagens Berman Sobol Shapiro LLP** | Matthew Worthington |
| 11 West Jefferson Street, Suite 1000 | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| Phoenix, AZ 85003 | 1225 17th Street, Suite 2600 |
| (602) 840-5900 | Denver, Colorado 80202 |
| rob@hbsslaw.com | (720) 274-3135 |
| mollyb@hbsslaw.com | john.walsh@wilmerhale.com |
| toryb@hbsslaw.com | michael.hazel@wilmerhale.com |
| | kayla.byers@wilmerhale.com |
| **Norton Frickey, PC** | matthew.worthington@wilmerhale.com |
| Craig Valentine | |
| 2301 E. Pikes Peak Avenue, Suite 205 | **Hall Prangle & Schoonveld, LLC** |
| Colorado Springs, CO 80909 | Jacqueline B. Sharuzi |
| (719) 634-6450 | 475 17th Street, Suite 800 |
| craig@coloradolaw.com | Denver, CO 80202 |
| | (303) 383-4090 |
| **Paynter Law Firm PLLC** | jsharuzi@hpslaw.com |
| Stuart M. Paynter | |
| 1200 G Street NW, Suite 800 | Michael E. Prangle |
| Washington, DC 20005 | Richard D. De Jong |
| (202) 626-4486 | 200 S. Wacker Drive, Suite 3300 |
| stuart@paynterlawfirm.com | Chicago, IL 60606 |
| | (312) 345-9600 |
| **Paynter Law Firm PLLC—** | (312) 942-6688 |
| **Hillsborough** | mprangle@hpslaw.com |
| Jennifer L. Murray | rdejong@hpslaw.com |
| Sara Willingham | |
| 106 South Churton Street, Suite 200 | Jonquil L. Whitehead |
| Hillsborough, NC 27278 | 1160 North Town Center Drive, Suite 200 |
| (202) 626-4486 | Las Vegas, NV 89144 |
| jmurray@paynterlawfirm.com | (702) 889-6400 |
| swillingham@paynterlawfirm.com | jwhitehead@hpslaw.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

3

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2018, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                        *s/ John F. Walsh*
                                        John F. Walsh