IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2106 (Consolidated with 15-cv-2683, 15-cv-2686; 16-cv-834; 16-cv-1676; all filings in *White v. DaVita Healthcare Partners, Inc.* 15-cv-2106)

KATHLEEN WHITE and TREVOR WHITE individually and on behalf of their marital community,

    Plaintiff(s),

v.

DAVITA INC.

    Defendant(s).

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fernando Menchaca, on behalf of himself and the estate of Irma Menchaca, and Defendant DaVita Inc. hereby stipulate to the dismissal with prejudice of all claims brought by Plaintiff Menchaca in the above-captioned action, with the parties to bear their own attorneys' fees and costs.

Dated this 19th day of November 2018.

| | |
|---|---|
| Robert B. Carey | John F. Walsh |
| Molly A. Booker | Michael J.P. Hazel |
| Elizabeth Tory Beardsley | Kayla S. Byers |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 West Jefferson Street, Suite 1000 | 1225 17th Street, Suite 2600 |
| Phoenix, AZ 85003 | Denver, CO 80202 |
| (602) 840-5900 | (720) 274-3135 |
| rob@hbsslaw.com | john.walsh@wilmerhale.com |
| mollyb@hbsslaw.com | |

rob@hbsslaw.com
mollyb@hbsslaw.com
toryb@hbsslaw.com
NORTON FRICKEY, PC
Craig Valentine
2301 E. Pikes Peak Avenue, Suite 205
Colorado Springs, CO 80909
(719) 634-6450
craig@coloradolaw.com

PAYNTER LAW FIRM PLLC
Stuart M. Paynter
1200 G Street NW, Suite 800
Washington, DC 20005
(202) 626-4486
stuart@paynterlawfirm.com

PAYNTER LAW FIRM PLLC—
HILLSBOROUGH
Jennifer L. Murray
Sara Willingham
106 South Churton Street, Suite 200
Hillsborough, NC 27278
(202) 626-4486
jmurray@paynterlawfirm.com
swillingham@paynterlawfirm.com

*Counsel for Frankquin Hardin*

(720) 274-3135
john.walsh@wilmerhale.com
michael.hazel@wilmerhale.com
kayla.byers@wilmerhale.com

HALL PRANGLE & SCHOONVELD, LLC
Jacqueline B. Sharuzi
475 17th Street, Suite 800
Denver, CO 80202
(303) 383-4090
jsharuzi@hpslaw.com

Michael E. Prangle
Richard D. De Jong
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600
(312) 942-6688
mprangle@hpslaw.com
rdejong@hpslaw.com

Jonquil L. Whitehead
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 889-6400
jwihtehead@hpslaw.com

*Counsel for DaVita Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, a true and correct copy of the foregoing was filed with the U.S. District Court ECF/PACER system, which will send an electronic copy via email to the following:

John F. Walsh
Michael J.P. Hazel
Kayla S. Byers
Mathew Worthington
Wilmer Cutler Pickering Hale and Door LLP
1225 17th Street, Suite 2600
Denver, CO  80202
Email: john.walsh@wilmerhale.com
michael.hazel@wilmerhale.com
kayla.byers@wilmerhale.com
Matthew.Worthington@wilmerhale.com

Jacqueline Baharak Sharuzi-Brown
Hall Prangle & Schoonveld-Denver
475 17th Street, Suite 800
Denver, CO 80202
Email: jsharuzi@hpslaw

Jonquil L. Whitehead
Hall Prangle & Schoonveld, LLC-Las Vegas
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
Email: jwhitehead@hpslaw.com

Michael Edward Prangle
Richard D. DeJong
Hall Prangle & Schoonveld-Chicago
200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Email: mprangle@hpslaw.com
rdejong@hpslaw.com

*Attorneys for Defendant*

                                                  /s/ Robert B. Carey
                                                  Robert B. Carey, Esq.